Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
_____ District of Massachusetts

_____ Division

| | |
|---|---|
| Michael Ogid-Gbegbaje | ) )  Case No. _____ |
| _____ | )  (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | )  Jury Trial: *(check one)* ☒Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Charlton Police, | ) |
| Commonwealth of Massachusetts, | ) |
| Massachusetts police trooper. | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

FILED
IN CLERK'S OFFICE
2017 JUN 15 A 10: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Michael Ogudu-Ebegbayj

Address         69 Grove St,

                Worcester    MA    01607
                           City        State        Zip Code

County          774-303-2769

Telephone Number

E-Mail Address  michaelOgudu@hotmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                        Jamie Magarian

Job or Title (if known)     Massachusetts Trooper

Address                     85 Masonic Home Road,

                            Charlton    MA    01507
                                    City       State       Zip Code

County                      Charlton

Telephone Number            508-248-2250

E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                        Charlton police

Job or Title (if known)     85 Masonic Home Road

Address

                            Charlton    MA    01507
                                    City       State       Zip Code

County

Telephone Number            508-248-2250

E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

Commonwealth of Massachu
setts,
10 mechanic St #301
Worcester MA 01608

|          |       |          |
|----------|-------|----------|
| City     | State | Zip Code |

County

Telephone Number

E-Mail Address *(if known)*

Worcester

508-792-7600

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

|          |       |          |
|----------|-------|----------|
| City     | State | Zip Code |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

( Civil Rights)
excessive force

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*excessive force, causing bodily injury. (personal injury)*

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

*On July 13 2016, the defendants Charlton police Massachsett troopers came to pilot travel center.*

B.  What date and approximate time did the events giving rise to your claim(s) occur?

*7/13/2016 between 8pm - 8:30pm*

C.  What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

*I was tased, and slammed on the ground, which caused the calling of Ambulance to the Pilot travel center, and the trooper lead by Jamie Magarian dragged me on the ground using excessive force as they used at pilot, at the emergency parking lot.*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Sustained lower Back injury Recieved Medical treatment at Worcest jail.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want Clong Relief in the Sum of $300 million Dollars, For pain and Suffering and for Future treatment. and lost Wages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6|2|2017

Signature of Plaintiff    Mohegbeji

Printed Name of Plaintiff    Michael Ogidi-Chegbeji

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

# COMPLAIN OF EXCCESSIVE FORCE BY MASSACHSETTS POLICE TROOPER

ON JULY 22 2016,I WAS AT THE PILOT TRAVEL CENTER ,SITTING ON THE BENCH.WHEN 3 STATE TROOPERS CAME ANS ASK IF I AM MICHAEL OGIDI-GBEGBAJE I SAID YES,AFTERSOME QUESTIONS,THEY THROW ME ON THE GROUND,INJURING ME IN THE PROCESS,I ASKED FOR AMBLANCE,LATER THE AMBLANCS CAME AND I WAS TAKEN TO THE HARRINGTON HOSPITALAND WAS TREATED ,AGAIN WHEN THEY GOT OUTSIDE THE HOSPITAL,THEY STARTED DRAGGING ME ON THE FLOOR,AND TWISTTING MY LEFT ARMS,I BEGEGD THE OFICERS TO STOP THEY WOULD NOT,THEY STARTED USING RACIST WORDS ABOUT GETTING ME TO THE AIRPORT AND DEPORTATING BACK TO AFRICA,,THEY GOT TO THEIR JAIL,THEY DRAG ME ON THE WAY TO THE JAIL,WHEN I FINALLY GOT TO THE WORCESTR JAIL,I ASKEDFOR MEDICAL TRAETMENTS,FOR MY LOWER BACK AND SPINAL CORD PAINS,THEY WAS A VISIBLE BURN OF MY FLEASH CAUSED BY THE TASER THEY USED.OFFICR JAMIE MAGARIAN AND OTHER TROOPERS THAT WERE WITH HIM, USED EXCESSIVE FORCE THAT RESULTED IN INJURIES TO MY BODY.THEREBY VIOLATING 42 U.S CODE 1983.

Mghegbaje

6/2/2017

MICHAEL OGIDI-GBEGBAJE

69 GROVE STREET

WORCESTER,MA 01605

MICHAELOGIDI@HOTMAIL.COM